

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00391-CR

Juan Antonio **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11753
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of conviction is AFFIRMED.

SIGNED July 24, 2024.

_____
Beth Watkins, Justice